**Order filed, November 5, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00892-CV

_____

**HARSADBHAI & DHARMISHTHA PATEL, Appellant**

**V.**

**HARRIS COUNTY APPRAISAL DISTRICT AND THE APPRAISAL REVIEW BOARD OF HARRIS COUNTY APPRAISAL DISTRICT, Appellee**

**On Appeal from the 125th District Court
Harris County, Texas
Trial Court Cause No. 2010-68741**

### ORDER

The reporter's record in this case was due October 23, 2012. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order the official Court Reporter of the 125th District Court to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM